# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

HONG KONG

LONDON

LOS ANGELES

NEWPORT BEACH

NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

SAN FRANCISCO

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

OUR FILE NUMBER
869,950-8

June 22, 2010

WRITER'S DIRECT DIAL
(310) 246-8447

## VIA FACSIMILE

WRITER'S E-MAIL ADDRESS
hwhitman@omm.com

Mark Tratos, Esq.
Greenberg Traurig LLP
3773 Howard Hughes Parkway
Las Vegas, NV 89169-5956

> ### *Re: Pacquiao v. Mayweather, et al.: Depositions of Mayweather, Jr. and Mayweather Promotions, and Briefing Schedule.*

Counsel:

We write to follow up on the Court's Minute Order and our collective conferral concerning the scheduling of depositions for Mr. Mayweather, Jr. and Mayweather Promotions.

Mr. Tratos indicated today that Mr. Mayweather Jr. is not available to entire month of July because he will be in Europe. Based on Mr. Tratos' representation, we will make ourselves available to take the depositions on August 9 and 10, 2010, the only two specific dates Mr. Tratos proposed for August. We will commence Mr. Mayweather Jr.'s deposition at 9:30 a.m. on August 9 and commence the deposition of Mayweather Promotions thereafter (either in the afternoon of August 9 or the morning of August 10).[1]

---

[1] If the Court sets the hearing on Mr. de la Hoya's and Mr. Schaefer's motion to dismiss for August 9, we will commence the depositions on August 10.

June 22, 2010 - Page 2


     Attached is a draft stipulation to be submitted to the Court.  Please immediately confirm that we are authorized to sign on your behalf.  We intend to file the Stipulation with the Court today.  If we do not hear from counsel by 5:00 p.m. PST, we will notify the Court appropriately.


                      Regards,


                      Harrison Whitman
                      for O'Melveny & Myers LLP


cc:  Eric Hone, Esq.
     Judd Burstein, Esq.
     Malcolm LaVergne, Esq.
     Jeffrey Spitz, Esq.

CC1:831861

1   DANIEL M. PETROCELLI (Cal S.B. #97802)
    (admitted *pro hac vice*)
2   dpetrocelli@omm.com
    DAVID MARROSO (Cal. S.B. #211655)
3   (admitted *pro hac vice*)
    dmarroso@omm.com
4   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
5   Los Angeles, CA 90067-6035
    Telephone:    (310) 553-6700
6   Facsimile:    (310) 246-6779

7   ERIC D. HONE (NV Bar No. 8499)
    ehone@lrlaw.com
8   FRANCHESCA VAN BUREN (NV Bar No. 10260)
    fvanburen@lrlaw.com
9   LEWIS AND ROCA LLP
    3993 Howard Hughes Parkway, Suite 600
10  Las Vegas, NV 89169
    Telephone: (702) 949-8200
11  Facsimile: (702) 949-8398

12  Attorneys for Plaintiff Emmanuel "Manny" Pacquiao

13                  **UNITED STATES DISTRICT COURT**

14                     **DISTRICT OF NEVADA**

15

16  EMMANUEL PACQUIAO, a Philippines       Case No.  2:09-cv-02448 LRH-RJJ
    resident,
17                                          **STIPULATION RE SCHEDULING OF**
                     Plaintiff,             **DEPOSITIONS FOR DEFENDANTS**
18                                          **MAYWEATHER, JR. AND MAYWEATHER**
         v.                                 **PROMOTIONS'**
19
    FLOYD MAYWEATHER, JR., a Nevada
20  resident; FLOYD MAYWEATHER, SR., a
    Michigan resident; ROGER
21  MAYWEATHER, a Nevada resident;
    MAYWEATHER PROMOTIONS LLC, a
22  Nevada limited liability company;
    RICHARD SCHAEFER, a California
23  resident; OSCAR DE LA HOYA, a
    California resident,
24
                     Defendants.
25

26

27

28

                                                            STIPULATION
                                                 CASE NO.  2:09-CV-02448 LRH-RJJ

## **STIPULATION**

Plaintiff Emmanuel Pacquiao and defendants Floyd Mayweather, Jr., Mayweather Promotions, Floyd Mayweather, Sr., Oscar de la Hoya, and Richard Schaefer, by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, the Court ordered the parties to meet and confer regarding dates for timely depositions of Mayweather Promotions and Mayweather Jr. (Docket No. 72.);

WHEREAS, the parties met and conferred pursuant to the Court Order;

WHEREAS, the witnesses and counsel for all parties are available on August 9 and 10;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1       NOW THEREFORE, the parties hereby agree and stipulate that the depositions of

2  Mayweather Jr. will commence on August 9, 2010; and the deposition of Mayweather Promotions

3  will commence thereafter (either in the afternoon of August 9 or the morning of August 10).

4

5       Dated: June 22, 2010           DANIEL M. PETROCELLI
                                  DAVID MARROSO

6                                   O'MELVENY & MYERS, LLP

7

8                                 By: /s/ David Marroso
                                     David Marroso

9                                 Attorneys for Plaintiff Emmanuel Pacquiao

10      Dated: June 22, 2010           MARK TRATOS
                                 GREENBERG TRAURIG, LLP

11

12                               By: /s/ Mark Tratos

13                                     Mark Tratos
                                 Attorneys for Defendants Floyd Mayweather,

14                                 Jr. and Mayweather Promotions

15      Dated: June 22, 2010           JUDD BURSTEIN
                                   JUDD BURSTEIN, P.C.

16

17                               By: /s/ Judd Burstein

18                                     Judd Burstein
                                 Attorneys for Defendant Richard Schaefer

19      Dated: June 22, 2010           JEFFREY SPITZ
                                   GREENBERG GLUSKER, LLP

20

21

22                               By: /s/ Jeffrey Spitz

23                                     Jeffrey Spitz
                                 Attorneys for Defendant Oscar de la Hoya

24

25

26

27

28

2

1    Dated: June 22, 2010                     MALCOM LAVERGNE
                                              THE LAVERGEN LAW GROUP
2

3
                                             By: /s/ Malcolm LaVergne
4                                                 Malcolm LaVergne
                                             Attorneys for Defendants Floyd Mayweather,
5                                            Sr.

6
                          ATTESTATION OF FILING
7
        Pursuant to the Electronic Filing Procedures dated 24 August 2006 (Revised) of the
8
     United States District Court for the District of Nevada, I hereby attest that I have obtained
9
     concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks
10
     above.
11
            By:_____ /s/ David Marroso
12
                        David Marroso
13

14

15

16

17   DATED: _____

18
                           IT IS SO ORDERED.
19

20
                           _____
21                         UNITED STATES DISTRICT COURT JUDGE

     CCI:831862
22

23

24

25

26

27

28
                                    3