UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EMMANUEL PACQUIAO, a Philippines resident,

        Plaintiff,

 v.

FLOYD MAYWEATHER, JR.; et al.,

        Defendants.

2:09-cv-2448-LRH-RJJ

ORDER

Before the court is defendant Floyd Mayweather, Jr.'s ("Mayweather, Jr.") objection to the magistrate judge's June 16, 2011 order (Doc. #124[1]) denying his motion for a protective order to prevent his deposition on June 17, 2011 (Doc. #122). Doc. #125.

Local Rule IB 3-1 authorizes a district judge to reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Here, Mayweather, Jr. objects to the magistrate's order (Doc. #124) and claims that he will be unable to attend the scheduled deposition, but fails to provide any basis for how the magistrate's order is clearly erroneous or contrary to law. *See* Doc. #125. Further, Mayweather, Jr. does not provide any points and authorities in support of his motion, other than to state that this court should reverse the magistrate's order. Thus, based on the

---

[1] Refers to the court's docket number.

1  record before the court and Mayweather, Jr.'s failure to comply with the LR IB 1-3, the court finds
2  that his motion is without merit and shall deny it accordingly.

4    IT IS THEREFORE ORDERED that defendant's objection to the magistrate judge's order
5  (Doc. #125) is DENIED.
6    IT IS FURTHER ORDERED that the magistrate judge's order denying defendant's motion
7  for a protective order (Doc. #124) is AFFIRMED.
8    IT IS FURTHER ORDERED that defendant's motion for a hearing (Doc. #127) is
9  DENIED.
10    IT IS SO ORDERED nunc pro tunc.
11    DATED this 28th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2