DANIEL M. PETROCELLI (Cal S.B. #97802)
(admitted pro hac vice)
dpetrocelli@omm.com
DAVID MARROSO (Cal. S.B. #211655)
(admitted pro hac vice)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:    (310) 553-6700
Facsimile:    (310) 246-6779

ERIC D. HONE
Nevada Bar No. 8449
ehone@gordonsilver.com
FRANCHESCA V. VAN BUREN
Nevada Bar No. 10260
fvanburen@gordonsilver.com
GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel:  (702) 796-5555
Fax:  (702) 369-2666

Attorneys for Plaintiff Emmanuel "Manny" Pacquiao

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL PACQUIAO, a Philippines resident,<br><br>Plaintiff,<br><br>vs.<br><br>FLOYD MAYWEATHER, JR., a Nevada resident; FLOYD MAYWEATHER, SR., a Michigan resident; ROGER MAYWEATHER, a Nevada resident; MAYWEATHER PROMOTIONS LLC, a Nevada limited liability company; RICHARD SCHAEFER, a California resident; OSCAR DE LA HOYA, a California resident,<br><br>Defendants. | NO. 2:09-cv-02448 LRH-RJJ<br><br>**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES [144]** |

PLEASE TAKE NOTICE that Defendant Floyd Mayweather Jr. ("Mayweather Jr.") filed no opposition to Plaintiff's Motion for Attorney's Fees ("Motion") [144]. Pursuant to this

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102852-001/1370571.doc

1 of 3

1  Court's Order [143], Plaintiff's Motion for Default and Dismissal against Defendant Floyd
2  Mayweather, Jr. [131, 132, and 133] was granted in part, and Plaintiff was directed to submit a
3  motion for attorney's fees in compliance with LR 54-16 within ten (10) days from entry of that
4  order (October 18, 2011). Plaintiff filed his Motion [144] on October 28, 2011, and pursuant to
5  Fed. R. Civ. P. 5(b), the Motion was e-served pursuant to the Court's CM/ECF system on
6  October 28, 2011. The deadline to respond to the Motion was November 14, 2011. No response
7  was filed.

Pursuant to LR 7.2, "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." *See also Corey v. McNamara*, 409 F. Supp. 2d 1225, 1228 (D. Nev. 2006) (citing *Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). Further, specifically with regard to motions for attorney's fees, pursuant to LR 54-16(e), "[i]f no opposition is filed, the court may grant the motion."

Accordingly, because the Motion is meritorious and Defendants have not filed a response, Plaintiff requests that this Court grant the Motion in its entirety.

Dated this 16th day of November 2011.

GORDON SILVER

/s/ Franchesca V. Van Buren
ERIC D. HONE
Nevada Bar No. 8449
ehone@gordonsilver.com
FRANCHESCA V. VAN BUREN
Nevada Bar No. 10260
fvanburen@gordonsilver.com

DANIEL M. PETROCELLI (Cal S.B. #97802)
(admitted pro hac vice)
dpetrocelli@omm.com
DAVID MARROSO (Cal. S.B. #211655)
(admitted pro hac vice)
dmarroso@omm.com
O'MELVENY & MYERS LLP

*Attorneys for Plaintiff Emmanuel "Manny" Pacquiao*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102852-001/1370571.doc

2 of 3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 16th day of November 2011, the foregoing was e-served pursuant to the Court's CM/ECF system, to:

Mark G. Tratos, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169
Fax: (702) 792-9002
Attorney for Defendant: Mayweather Promotions, LLC

Malcolm LaVergne
THE LAVERGNE LAW GROUP
1212 South Casino Center Boulevard
Las Vegas, Nevada 89104
Fax: (702) 966-3117
Attorney for Defendant: Floyd Mayweather, Sr.

/s/ Bobbye Donaldson
Bobbye Donaldson, an employee of
GORDON SILVER

102852-001/1370571.doc

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555