UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMMANUEL PACQUIAO, a Philippines resident,<br><br>          Plaintiff,<br><br>v.<br><br>FLOYD MAYWEATHER, JR.; et al.,<br><br>          Defendants. | 2:09-cv-2448-LRH-RJJ<br><br>ORDER |

      Before the court is plaintiff Emmanuel Pacquiao's ("Pacquiao") motion for attorney's fees and costs in the amount of $93,994.00. Doc. #144.[1]

      On December 30, 2009, Pacquiao, a premier professional boxer, filed a complaint in federal court for defamation against Mayweather, Jr., another premier professional boxer. Doc. #1. During discovery, Pacquiao scheduled Mayweather, Jr.'s deposition to which he failed to attend. In response, Pacquiao filed a motion for sanctions (Doc. #133) which was granted by the court (Doc. #143). Thereafter, in accordance with the court's order, Pacquiao filed the present motion for attorney's fees. Doc. #144.

      The court has reviewed the documents and pleadings on file in this matter and finds that the present motion for attorney's fees fails to comply with LR 54-16. Pursuant to LR 54-16(b)(1), a

---

[1] Refers to the court's docket number.

motion for attorney's fees must contain a "reasonable itemization and description of the work performed." In the motion for attorney's fees, Pacquiao provides a general breakdown that counsel worked 196.9 hours on scheduling Mayweather, Jr.'s deposition and drafting the related motions. *See* Doc. #144. The court finds that the provided itemization does not fall within the "reasonable itemization" confines of LR 54-16. The local rule contemplates a thorough breakdown of time including identifying the individuals who provided the work, what was being worked on, and the amount of time spent on the particular item. Because Pacquiao has failed to provide such a reasonable itemization, the court shall deny the present motion for attorney's fees without prejudice. The court notes, however, that time spent drafting a renewed motion for attorney's fees shall not be recoverable.

IT IS THEREFORE ORDERED that plaintiff's motion for attorney's fees (Doc. #144) is DENIED without prejudice.

DATED this 19th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2