# Exhibit I



# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH
NEW YORK

1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035

TELEPHONE  (310) 553-6700
FACSIMILE  (310) 246-6779
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

November 21, 2011

**VIA EMAIL**

Mark Tratos, Esq.
Greenberg Traurig, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169

OUR FILE NUMBER
869950-8

WRITER'S DIRECT DIAL
(310) 246-8469

WRITER'S E-MAIL ADDRESS
dmarroso@omm.com

  Re: *Pacquiao v. Mayweather, et al.*
    **Case No. 2:09-cv-02448 (USDC District of Nevada)**

Dear Mr. Tratos,

  We write in furtherance of our ongoing efforts regarding discovery in this case and in response to your letter of November 17.

  Interrogatory 15.  Mr. Mayweather's Interrogatory 15 seeks the name and contact information for all doctors and medical professionals who have treated Mr. Pacquiao in the last 10 years.  Mr. Pacquiao served objections to this Interrogatory (which we continue to assert) and stated he would respond as appropriate once the Court entered a Protective Order.  The Court recently entered the Protective Order.  Accordingly, we provide the following information pursuant to sections 2 and 3(a) of the Protective Order for confidential materials:

- Dr. Regina L. Bagsic — (Contact information from publicly available sources):

    - Cardinal Santos Medical Center
      Wilson Street Greenhills, San Juan, Metro Manila
      Room 123, Medical Arts Building
      (632)7270001 to 17, loc 2123

    - Our Lady of Lourdes Hospital
      46 P. Sanchez Street Santa Mesa, Manila, Metro Manila
      Room 216
      (632)7168001 to 20/(632)7163901 to 20, loc 325

Confidential

O'MELVENY & MYERS LLP
Mark Tratos, November 21, 2011 - Page 2

- San Juan Medical Center
    N. Domingo Street, San Juan, Metro Manila
    (632)7243461

We may be able to assist in contacting Dr. Bagsic. Please let us know.

- Dr. Jeffrey Roth — Contact through counsel for Mr. Pacquiao; and

- Doctors assigned by various state athletic commissions over the course of the past ten years. Mr. Pacquiao is not in possession of their names or contact information.

This information should be treated as Confidential pursuant to the Court's Protective Order.

Interrogatory 16. Mr. Mayweather's Interrogatory 16 sought "the name and contact information of each sparring partner" Mr. Pacquiao has worked with "in the past ten years." Mr. Pacquiao served objections to this Interrogatory (which we continue to assert). Despite these objections, Mr. Pacquiao provided the names of twenty sparring partners. Although are under no obligation to continue supplementing for each subsequent fight, be advised that Jesse Roman and Hastings Bwalya sparred with Mr. Pacquiao for his last fight.

Mr. Pacquiao is not in possession of contact information for these sparring partners but believes much of it can be obtained from the Wild Card Boxing Club at 1123 Vine Street, Hollywood, CA 90038.

Very truly yours,

*/s/ David Marroso*

David Marroso
of O'MELVENY & MYERS

cc: Malcolm LaVergne, Esq.

Confidential