UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| EMMANUEL PACQUIAO, | ) | |
| Plaintiff, | ) | 2:09-cv-2448-LRH-RJJ |
| vs. | ) | |
| FLOYD MAYWEATHER, JR., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Plaintiff/Counter-Defendant's Notice of Intent to Respond and Request for Briefing Schedule (#166).

The Court having reviewed the Notice (#166) finds that while this document is labeled a "Notice" in reality it is mislabeled. Further, the Court finds that the Notice (#166) is a motion for briefing schedule and will treat it as such. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion for Briefing Schedule (#166) is **GRANTED** in that briefing on the Motion to Compel (#161/corrected image #162) shall proceed for purposes of briefing and hearing according to the normal procedure and time line outlined in the Federal Rules of Civil Procedure and the Local Rules. The court will not treat the Motion to Compel (##161/162) as an emergency motion and expedited consideration of said motion is rejected.

DATED this   11th   day of January, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge