UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMMANUEL PACQUIAO, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-2448-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| FLOYD MAYWEATHER, JR. *et al*., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the court on Defendant Floyd Mayweather, Jr.'s Motion to Strike Evidentiary Objections Or, in the Alternative, Response to Evidentiary Objections (#139).

The Court has reviewed the Motion (#139), the Response (#141) and the Reply (#142). After reviewing the docket in this case, the Court finds that the Motion to Strike (#139) is related to Plaintiff's Motion for Default and Dismissal (#132). Plaintiff's Motion (#132) has been denied. *See*, Order (#143). Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Floyd Mayweather, Jr.'s Motion to Strike Evidentiary Objections or, in the Alternative, Response to Evidentiary Objections (#139) is MOOT.

DATED this  12th   day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge