1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EMMANUEL PACQUIAO,                    )
                                      )
        Plaintiff,                    )         2:09-cv-2448-LRH-RJJ
                                      )
vs.                                   )
                                      )
FLOYD MAYWEATHER, JR. *et al*.,       )                O R D E R
                                      )
        Defendant,                    )
_____)

        This matter is before the court on Defendant Floyd Mayweather, Jr.'s Motion to Strike

Evidentiary Objections Or, in the Alternative, Response to Evidentiary Objections (#139).

        The Court has reviewed the Motion (#139), the Response (#141) and the Reply (#142).

After reviewing the docket in this case, the Court finds that the Motion to Strike (#139) is related

to Plaintiff's Motion for Default and Dismissal (#132). Plaintiff's Motion (#132) has been

denied. *See*, Order (#143). Good cause appearing therefore,

        IT IS HEREBY ORDERED that Defendant Floyd Mayweather, Jr.'s Motion to Strike

Evidentiary Objections or, in the Alternative, Response to Evidentiary Objections (#139) is

MOOT.

        DATED this __12th__ day of September, 2012.


                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge