UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMMANUEL PACQUIAO, | |
| Plaintiff, | 2:09-cv-2448-LRH-RJJ |
| vs. | |
| FLOYD MAYWEATHER, JR. *et al.*, | O R D E R |
| Defendant, | |

This matter is before the court on Plaintiff Pacquiao's Motion for Leave to File a Sur-Reply in Support of Opposition to Mayweather's Motion to Compel Discovery and For Sanctions (#191) and Plaintiff Pacquiao's Sealed Motion (#192).

Plaintiff seeks Court approval to file a sur-reply to Defendant's Reply (#184/185) regarding Defendants' Motion to Compel (#161). Pacquiao argues that the Defendants' Reply (#185) introduced new facts and issues that were not in the original Motion (#161) and that most of the new information arose after the Response (#176). The Court agrees. The Sur-Reply will be helpful in evaluating the Motion to Compel (#161). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Pacquiao's Motion for Leave to File a Sur-Reply in Support of Opposition to Mayweather's Motion to Compel Discovery and For Sanctions (#191) and Plaintiff Pacquiao's Sealed Motion (#192) are **GRANT**ED.

DATED this  13th  day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge