UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Pacquiao

v.

Mayweather, Jr. et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-02448-LRH -RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment has been entered in favor of plaintiff Emmanuel Pacquiao and against defendant Floyd Mayweather, Jr. in the amount of $113,518.50 for attorneys fees and $774.10 for costs.

September 17, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk