# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL PACQUIAO, a Philippines resident, | Case No. 2:09-cv-02448 LRH-RJJ |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| FLOYD MAYWEATHER, JR., a Nevada resident; FLOYD MAYWEATHER, SR., a Michigan resident; ROGER MAYWEATHER, a Nevada resident; MAYWEATHER PROMOTIONS LLC, a Nevada limited liability company;, | |
| Defendants. | |

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the parties to this action, by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1.    All claims against all parties to the above-captioned action are hereby dismissed with prejudice.  Specifically,

- Plaintiff Emmanuel Pacquiao hereby dismisses with prejudice his defamation claim against Defendants Floyd Mayweather, Jr., Mayweather Promotions, Floyd Mayweather, Sr., and Roger Mayweather;
- Defendant Floyd Mayweather, Jr. hereby dismisses with prejudice his defamation counter-claim against Emmanuel Pacquiao.[1]

2.    Each party shall bear its own attorneys' fees and costs.

3.    This matter is concluded in its entirety and shall be dismissed, subject to this Court maintaining jurisdiction over matters related to the parties' settlement agreements.

//
//
//
//
//
//
//
//
//
//
//
//

---

[1] All claims against former Defendants Richard Schaefer and Oscar de la Hoya were previously dismissed with prejudice on June 7, 2011, pursuant to the parties' stipulation.  (Dkt. #121.)  Pursuant to Rule 41(a)(1)(A)(ii), because Defendant Roger Mayweather has not appeared in this action, resulting in the Court entering a default against him on April 19, 2010 (Dkt. #40), Roger Mayweather is not a signatory to this stipulation of dismissal.

Dated: September 25, 2012

DANIEL M. PETROCELLI
DAVID MARROSO
O'MELVENY & MYERS, LLP

By: /s/ David Marroso
    David Marroso
Attorneys for Plaintiff Emmanuel Pacquiao

Dated: September 25, 2012

MARK TRATOS
GREENBERG TRAURIG, LLP

By: /s/ Mark Tratos
    Mark Tratos
Attorneys for Defendants Floyd Mayweather, Jr. and Mayweather Promotions

Dated: September 25, 2012

MALCOLM LAVERGNE
THE LAVERGNE LAW GROUP

By: /s/ Malcolm LaVergne
    Malcolm LaVergne
Attorneys for Defendant Floyd Mayweather, Sr.

**ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE